| | | | |
|---|---|---|---|
| Com. v. Ortiz [35] . . . . . | 02/08/2016 438 EAL (2015) | Denied | Pa.Super., 125 A.3d 438 |
| Com. v. Pasley [36] . . . | 02/10/2016 542 EAL (2015) | Denied | Pa.Super., 131 A.3d 81 |
| Com. v. Phomma [37] | 02/01/2016 429 EAL (2015) | Denied | Pa.Super., 122 A.3d 1128 |
| Com. v. Prinkey [38] . . | 02/03/2016 350 WAL (2015) | Denied | Pa.Super., 125 A.3d 463 |
| Com. v. Reed [39] . . . . . | 02/08/2016 421 EAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Scholl [40] . . . | 02/08/2016 525 MAL (2015) | Denied | Pa.Super., 122 A.3d 1120 |
| Com. v. Short [41] . . . . | 02/02/2016 448 WAL (2015) | Denied | Pa.Super., 134 A.3d 103 |
| Com. v. Taylor [42] . . . | 02/17/2016 712 MAL (2015) | Denied | Pa.Super., 131 A.3d 91 |
| Com. v. Tisdell [43] . . . | 02/02/2016 633 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |

**35.** Justice EAKIN and Justice DONOHUE did not participate in the consideration or decision of this matter.

**36.** Justice EAKIN did not participate in the consideration or decision of this matter.

**37.** Justice EAKIN did not participate in the consideration or decision of this matter.

**38.** Justice EAKIN did not participate in the consideration or decision of this matter.

**39.** Justice EAKIN did not participate in the consideration or decision of this matter.

**40.** Justice EAKIN did not participate in the consideration or decision of this matter.

**41.** Justice EAKIN did not participate in the decision of this matter. Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.

**42.** Justice EAKIN did not participate in the consideration or decision of this matter.

**43.** Justice EAKIN did not participate in the consideration or decision of this matter.